

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00374-CV

| | | |
|---|---|---|
| Bill Vackar and Katy Vackar | § | From the 431st District Court of |
| | § | Denton County (2013-70531-431) |
| v. | | |
| | § | March 6, 2014 |
| Ladina Vackar | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellants Bill Vackar and Katy Vackar shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
　　Justice Bob McCoy